Form 704-8B
Rev. 1/05

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| BRAMELL, CARL LESTER | ) | Case No. 5-10-50930 |
| | ) | |
| | ) | |
| Debtor(s) | ) | Chapter 7 |
| | ) | |

## TRANSMITTAL OF SMALL DIVIDENDS

Comes now the undersigned trustee and reports as follows:

1. Distribution to creditors in an amount of less than Five Dollars ($5.00), unless authorized by the court is prohibited by Bankruptcy Rule 3010, unless authorized by the Court. No such order has been entered by the court.

2. The trustee has attached a separate sheet indicating the name, address, and amount due those creditors to whom distribution of less than five dollars would have been made if ordered by the Court.

3. That the trustee's check payable to the Clerk, U.S. Bankruptcy Court, for the dividends of less than five dollars is attached with the request that such funds be deposited in the U.S. Treasury.

Date:    5/20/11                                /s/ John G. Leake
                                                JOHN G. LEAKE
                                                P O Box 526
                                                Harrisonburg, VA 22803
                                                (540) 434-7425

Date: 05/19/11                     Page:

# DIVIDENDS REMITTED TO THE COURT

Case Number 5-10-50930 - BRAMELL, CARL LESTER

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Capital One Bank (USA), N.A.<br>by American Infosource Lp As Agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | 000003 | 2,335.39 | 4.56 |
| Verizon Wireless<br>P.O. Box 3397<br>Bloomington, IL 61702 | 000005 | 1,017.27 | 1.98 |
| ---------- Remittance Total -------------- | | 3,352.66 | 6.54 |

_____
JOHN G. LEAKE, TRUSTEE

COURT1                                        Printed: 05/19/11 02:49 PM   Ver: 16.02b